In the Matter of the Claim of MARGARET AUSTER.

MARGARET STOCKTON, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Submitted April 28, 1942; decided May 28, 1942.

*George Gray Zabriskie* for appellant.

*John J. Bennett, Jr.*, Attorney-General (*W. Gerald Ryan* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.